IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| STEVEN MURPHY, # M04196, )<br>)<br>Plaintiff, )<br>vs. )<br>)<br>LATOYA HUGHES, )<br>JON LOFTUS, and )<br>ANTHONY WILLS, )<br>)<br>Defendants. ) | Case No. 24-cv-00107-SMY |

# MEMORANDUM AND ORDER

**YANDLE, District Judge:**

Plaintiff Steven Murphy is currently incarcerated at Menard Correctional Center. The instant civil rights lawsuit is proceeding on Plaintiff's Eighth Amendment and negligence claims against defendants for denying his protective custody requests, most recently in September 2023, after which he was attacked by another inmate when he left the protective custody area (Doc. 14). This matter is before the Court on Plaintiff's Motion for Notice and Motion for TRO (Doc. 38). Defendants filed a response (Doc. 39). For the following reasons, the motion is **DENIED**.

In his motion, Plaintiff describes incidents of alleged harassment and excessive force in November and December 2024 by correctional officers who are not defendants in this case. He alleges that Defendant Wills denied his emergency grievance over the issue. He also states he was told by a non-defendant officer that if he is denied protective custody, he will be placed back in the Easthouse, where he alleges his life and safety is in danger. Plaintiff seeks a TRO requiring defendants to either transfer him to another prison or place him in protective custody, and to stop punishing him with segregation and isolation.

The alleged misconduct described in the TRO motion is beyond the scope of the claims in

this action as it involves non-defendants and occurred more than a year after the incident that gave rise to the instant lawsuit. As such, Plaintiff may not obtain the injunctive relief he seeks in this lawsuit. The Motion for Notice and Motion for TRO (Doc. 38) is therefore **DENIED**.

**IT IS SO ORDERED.**

**DATED:  February 13, 2025**

*s/ Staci M. Yandle*
**STACI M. YANDLE**
**United States District Judge**